UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SEMYON KREMER,

        Plaintiff,

v.                                    CASE NO. 3:19-cv-887-BJD-JBT

ALEXEY LYSICH, et al.,

        Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Attorneys' Fees and Costs Against the Smile Land Defendants (Doc. 306) and the Smile Land Defendants' Renewed Motion for Attorneys' Fees and Costs (Doc. 307) (collectively, "Motions"). Upon review, and for the reasons stated herein, the Motions are due to be **STRICKEN without prejudice** to refiling in compliance with Local Rule 7.01, and after the resolution of all other currently pending post-trial motions (Docs. 300, 301, 304, & 305).

The Motions will be stricken because the parties' attorneys have failed to comply with the Middle District's bifurcated procedure on moving for attorney's fees and expenses, which is contained in Local Rule 7.01. Local Rule 7.01(a) states: "(a) BIFURCATED PROCEDURE. A party claiming post-judgment attorney's fees and related non-taxable expenses must obtain an order determining entitlement before providing a supplemental motion on amount." M.D. Fla. R. 7.01(a).

Local Rule 7.01(b) states:

> (b) MOTION ON ENTITLEMENT. Within fourteen days after entry of judgment, the party claiming fees and expenses must request a determination of entitlement in a motion that:
>
>   (1) specifies the judgment and the statute, rule, or other ground entitling the movant to the award,
>
>   (2) states the amount sought or provides a fair estimate of the amount sought, and
>
>   (3) includes a memorandum of law.

M.D. Fla. R. 7.01(b). Then, "[w]ithin forty-five days after the order determining entitlement, the party claiming fees and expenses must file a supplemental motion" on amount that complies with the extensive requirements set forth in Local Rule 7.01(c).[1]  M.D. Fla. R. 7.01(c).

Both Motions improperly combine a request for determination of entitlement to fees and expenses with a request for the Court to determine an appropriate amount thereof.  Notably, neither Motion cites to Local Rule 7.01.  Further, in light of the currently pending post-trial motions, any motion pertaining to fees and expenses is premature at this time.  Therefore, the Motions will be stricken without prejudice.

Accordingly, it is **ORDERED**:

The Motions (**Docs. 306 & 307**) are **STRICKEN without prejudice** to refiling in compliance with Local Rule 7.01.  Any renewed motion(s) must be filed

---

[1] The Motions also do not comply with Local Rule 7.01(c).

no later than **twenty-eight (28) days** after the resolution of all other currently pending post-trial motions (Docs. 300, 301, 304, & 305), but not before the resolution of all of those motions.

**DONE AND ORDERED** in Jacksonville, Florida, on December 20, 2022.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

3