UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SEMYON KREMER,

    Plaintiff,

v.                                        Case No. 3:19-cv-887-BJD-JBT

ALEXEY LYSICH, IGOR
FEDORENKO, PROTOGROUP,
INC., INKVIST, INC., and SMILE
LAND, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff and Smile Land Defendants' Joint Stipulation for Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a) (Doc. 314; Stipulation) filed on June 7, 2023. In the Stipulation, Plaintiff Semyon Kremer and Defendants Alexey Lysich, Smile Land, Inc., and Protogroup, Inc. request that the Court enter an Order dismissing with prejudice all of Plaintiff's claims against Defendants Alexey Lysich, Igor Fedorenko, Protogroup, Inc., Inkvist, Inc. and Smile Land, Inc. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. Plaintiff's case is **DISMISSED with prejudice** as to Defendants Alexey Lysich, Smile Land, Inc., Protogroup, Inc., Igor Fedorenko, and Inkvist, Inc.

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 12th day of July 2023.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record